UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG BOESCH**,<br>　　　　Plaintiff,<br>　　v.<br>**FEDERAL INSURANCE COMPANY, ET AL.**,<br>　　　　Defendants. | Case No. 16-cv-03536-YGR<br><br>**ORDER RE: DISCOVERY OF PUTATIVE COLLECTIVE ACTION MEMBERS**<br><br>Re: Dkt. No. 37 |

The Court hereby **ORDERS** defendant Federal Insurance Co. ("defendant") to produce the full name, current or last-known residence and business address and telephone number, current or last-known employer, that employer's address and the current or last-known position or job title the person held with such employer for all persons currently or previously employed by defendant who worked as a Risk Consultant, Personal Lines Appraiser, Senior Personal Lines Appraiser, Appraisal Specialist and/or performed similar job duties as plaintiff during the last four years.

The Court's order is subject to the following conditions:

1. Prior to producing the list of putative collection action members with contact information, as described above, the parties shall enter into a protective order that will designate the information as "Attorneys' Eyes Only";

2. Plaintiff's counsel shall inform each potential putative class member contacted by plaintiff's counsel that he or she has a right not to talk to counsel and that, if he or she elects not to talk to counsel, plaintiff's counsel will terminate the contact and not contact them again; and

3. Plaintiff's counsel's initial communication with prospective class members shall make clear that defendant employer was compelled to disclose its employees' information by

1   Court order, and communicate the highly confidential nature of this disclosure.

2   **IT IS SO ORDERED**.

3   Dated: December 9, 2016

4   _____
        **YVONNE GONZALEZ ROGERS**
5       **UNITED STATES DISTRICT COURT JUDGE**