BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
Logan Starr (SBN 305598)
1330 Broadway, Suite 1630
Oakland, California 94612
Tel: (510) 444-9300
Fax: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
   logan@bryanschwartzlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| Greg Boesch, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Chubb Ltd. d/b/a Chubb Group of Insurance Cos.; Federal Insurance Co.; Chubb Group Holdings, Inc.; ACE American Insurance Co.; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.: 4:16-cv-03536-YGR**<br><br>[PROPOSED] **ORDER APPROVING SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL**<br><br>**Hon. Yvonne Gonzalez Rogers** |

Plaintiffs' Motion for Settlement Approval came before the Court on May 15, 2018. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full.

IT IS THEREFORE ORDERED as follows:

1. The Court finds that the Settlement Agreement is a reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act.
2. The Court finds that the Settlement Agreement is fundamentally fair, adequate, and reasonable in light of PAGA's public policy goals.
3. The Court approves the allocation of PAGA penalties in the Settlement Agreement.
4. The Court approves attorneys' fees and costs in the amounts agreed to in the Settlement Agreement.
5. The Court approves the enhancement payment to Lead Plaintiff Greg Boesch.
6. The Court approves the enhancement payments to Plaintiffs Halima Taha and Anne Capone.
7. The Court approves Legal Aid at Work as the *cy pres* recipient according to the terms of ¶3.4(G) of the Settlement Agreement.
8. The Settlement Agreement is HEREBY APPROVED in accordance with the terms of this order.
9. This Action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement. The Court retains jurisdiction with respect to the implementation and enforcement of the terms of the settlement agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 18, 2018

Honorable Yvonne Gonzalez Rogers
United States District Court Judge